# Exhibit A

# Email filing Motion to Compel dated July 25, 2025

 Outlook

## Huber v. United States Government

| | |
|---|---|
| **From** | Tracie Halvorsen <traciehalvorsen@outlook.com> |
| **Date** | Fri 7/25/2025 12:12 PM |
| **To** | UTDecf Clerk <utdecf_clerk@utd.uscourts.gov> |

🖇 1 attachment (198 KB)
07.25.2025 Plaintiffs Motion to Compel Defendants to Answer the Complaint within 21 days.pdf;


Dear Clerk,

Please file the attached Plaintiff's Motion to Compel to Answer the Complaint within 21 days for Case No: 2:25-cv-00592.

Thank you for your attention in this matter. I appreciate your help.

Best,

/s/ Steven Huber

STEVEN HUBER
138 East 12300 South
C275
Draper, Utah 84020
801-688-3594
traciehalvorsen@outlook.com
Plaintiff Pro *Se*