# Exhibit B

# Email to Court Clerk for clarification dated July 25, 2025

 Outlook

**Huber v United States Government**

| | |
|---|---|
| **From** | Tracie Halvorsen <traciehalvorsen@outlook.com> |
| **Date** | Fri 7/25/2025 2:37 PM |
| **To** | UTDecf Clerk <utdecf_clerk@utd.uscourts.gov> |

Dear Clerk:

I have received the Notice of Reassignment, does this mean I need to re-submit my motions for Preliminary Injunction and Motion to Compel with the captions to include the following:

Case No. 2:25-cv-00592-TS-CMR

Judge Ted Stewart

Magistrate Judge Cecilia M. Romero

Or, do they just automatically transfer? Please let me know.

Thank you.

/s/ Steven Huber

STEVEN HUBER
138 East 12300 South
C275
Draper, Utah 84020
801-688-3594
traciehalvorsen@outlook.com
Plaintiff Pro *Se*