# Exhibit C

# Email to Court clerk filing Motion for Confirmation dated August 4, 2025

 Outlook

**Huber v US Government et. al. - Case No 2:25 - cv - 00592 - TS - CMR**

From  Tracie Halvorsen <traciehalvorsen@outlook.com>
Date  Mon 8/4/2025 10:29 AM
To    UTDecf Clerk <utdecf_clerk@utd.uscourts.gov>

📎 4 attachments (1 MB)
2025.08.04 Plaintiff Motion to Confirm Proper Service - Declare his right to case management - Declare Asst US Attorney Conduct Vexatious.pdf; Exhibit A -Email from Anne Rice dated Wednesday July 30 2025.pdf; Exhibit B - Email to Anne Rice dated Thursday July 31 2025.pdf; Exhibit C - Email from Anne Rice dated Friday August 1 2025.pdf;


Dear Clerk,

Please find the attached **PLAINTIFF'S MOTION TO CONFIRM PROPER SERVICE, DECLARE HIS RIGHT TO CASE MANAGEMENT, and DECLARE ASSISTANT U.S. ATTORNEY CONDUCT AS VEXATIOUS — MEMORANDUM OF LAW IN SUPPORT** with accompanying exhibits. Please file in case no: 2:25 - cv - 00592 - TS - CMR, Huber v. US Government et. al.

Thank you for your assistance in this matter. I appreciate it very much.

Sincerely,

/s/ Steven Huber

801-688-3594