

Latest   Politics   Utah   Sports   More                                    SIGN IN

VIVAIA
Light as a Breeze, Effortlessly Chic with Every Step
Walk 8+ Hours Without Foot Fatigue
SHOP NOW

Report ad

UTAH   UTAH POLICE/COURTS

# Town mourns loss of doctor

Blanding physician had committed suicide after artifact-theft charges

Published: June 13, 2009, 12:00 a.m. MDT

 VIEW COMMENTS                     SHARE



A small memorial was on display at the beginning of Dr. James Redd's driveway Friday near Blanding. | Brendan Sullivan, Deseret News

**By Deseret News, Aaron Falk and Ethan Thomas**

BLANDING — A day after being charged with illegal looting of archaeological artifacts held sacred by Utah's earliest inhabitants, a prominent southeastern Utah doctor was found dead on his Blanding property.

James Redd, 60, was found near his home at about 4 p.m. Thursday, San Juan County sheriff's chief deputy Grayson Redd said. James Redd was Grayson Redd's cousin.

"There is no further investigation. It was definitely a suicide," the chief deputy said Friday.

*Report ad*

James Redd was charged Wednesday with one felony count of theft of Indian tribal property. The charges against two-dozen people came after a 2 1/2-year federal probe that spanned the Four Corners area.

The sheriff's office said Redd had left a note for his family that he would be going down to a pond on their property. When he didn't return, his family became worried and called for help to find him.

The chief deputy said a search of several acres of the family's property was conducted and Redd's body was discovered late Thursday afternoon by his religious leader, who was helping with the search.

At Blanding Clinic on Friday, the doors were locked, and a sign on the door broke the news of his death.

The sign read, "Closed," "In memory of Dr. Redd."

"(Redd) was a doctor of doctors," said Phil Mueller, a relative. "He was devoted to his patients and serving his community ... It will be a tremendous loss to the medical

community, San Juan and Blanding."



Report ad

Patients and a nurse said Redd was an excellent physician and an "extremely important person" in the community.

Redd provided medical services throughout southeastern Utah, from Moab to Blanding.

He "delivered half the town," one woman said of Redd.

Mueller said Redd enjoyed spending his time in the outdoors and adventuring with his family. He was an avid hunter who had traveled to Alaska and Canada to bag game.

Some in the community have expressed concerns over how authorities served the warrants and the impact the string of events may have had on Redd.

"With both events, the community has been hit with a double whammy," Mueller said. "People are asking questions like, 'Is this really our country? Is this how we treat all tax-paying citizens?' "

8/6/25, 3:18 PM
Case 2:25-cv-00592-TS-CMR    Document 30-4    Filed 08/07/25    PageID.243    Page 4 of 10
Town mourns loss of doctor - Deseret News



Report ad

At his Blanding pottery shop, Blanding City Councilman Joe Lyman called the indictments of the 24 people stealing artifacts "ludicrous."

"Where are our priorities?" he asked.

Lyman said he had no doubt that the federal indictment played some part in Redd's suicide.

"There had to be some other things there," Lyman said. "Even so, that was the straw that broke his back."

Flowers and an American flag memorialized Redd's death at the end of the driveway at his home overlooking Blanding.

"Their driveway is about a quarter mile long, and it was packed with cars, in some places on both sides (Thursday)," Mueller said. "People were there offering what support or help they could to his family."


View Comments

Viewing services will be held on Monday at the San Juan Mortuary from 6 p.m. to 8 p.m. and again on Tuesday from 9 a.m. to 11 a.m. The funeral will be held Tuesday at the Blanding LDS stake center.



Report ad

Contributing: Clayton Norlen

E-mail: afalk@desnews.com; ethomas@desnews.com



# You Might Also Like



### Who Should Use a Family Trust?
Sponsor: smartasset.com



### Windows Users Didn't Know This Simple Trick To Block All Ads (Do It Now)
Sponsor: Safe Tech Tips


### What new Tulane QB Jake Retzlaff said about BYU
Deseret News


### A look at the Church of Jesus Christ's new resources on Joseph Smit…
Faith


### Why this Utah influencer wasn't afraid to share her Latter-day Saint mission…
Faith


### This 1-Second Trick Melts Tartar Off Your Dog's Teeth (No Brushing!)
Sponsor: nyhealthlabs.com


### Top Vet Warns: "Never Do This With An Aging Cat"
Sponsor: Dr. Marty Pets


### The 2025 List of Top 10 Wealth Management Firms Just Dropped
Sponsor: smartasset.com


### Declining Eyesight Is Not Caused By Age! Meet The Real Enemy Of Aging Eyes!
Sponsor: Wellness Wisdom Hub

## Looking for comments?

Find comments in their new home! Click the buttons at the top or within the article to view them — or use the button below for quick access.

**VIEW COMMENTS**

8/6/25, 3:18 PM
Case 2:25-cv-00592-TS-CMR    Document 30-4    Filed 08/07/25    PageID.246    Page 7 of 10
Town mourns loss of doctor - Deseret News





Report ad

## Most Popular



**What BYU leaders, coaches, athletic directors have said about the university's honor code**



**A complete timeline of the Salt Lake Temple renovations**



**BYU sweeps U.S. steeplechase national championships as Kenneth Rooks and Lexy Lowry take home titles**



**Stanford grad transfer Tiger Bachmeier is ready to earn his stripes all over again**



**A 'perfect storm' drove beef prices to an all-time high. Here's what happened**



**Jake Retzlaff praises Kalani Sitake and his former BYU teammates**

8/6/25, 3:18 PM	Case 2:25-cv-00592-TS-CMR   Documen 30-4 loss of Filed 08/07/25ews   PageID.248   Page 9
Town mourns doctor - Deseret News
of 10



**Her nomination to head the BLM ended abruptly. Do her insights on the West resonate?**

## Most Commented

| 238 | Republicans subpoena Clintons in latest for Epstein investigation |
| 174 | Opinion: What happens when tariffs increase? Look to Bangladesh |
| 112 | Icons and bibles in a cubicle: the administration's effort expand religious expression in the workplace |
| 110 | In Arkansas, judge blocks law requiring display of Ten Commandments in classrooms |
| 77 | RFK withdraws $500 million in mRNA vaccine development contracts |







Report ad

Copyright © 2025 Deseret News Publishing Company. All Rights Reserved

Terms of Use  •  Privacy Notice  •  CA Notice of Collection  •  Cookie Policy  •  Cookie Settings