# Exhibit E

# Judge sentences San Juan Commissioner Phil Lyman to 10 days in jail, 3 years of probation – Deseret News dated December 18, 2015

Deseret News | Deseret Magazine

# DeseretNews.

Latest   Politics   Utah ⌄   Sports ⌄   More ⌄                                        SIGN IN




Report ad

UTAH    UTAH POLICE/COURTS

# Judge sentences San Juan Commissioner Phil Lyman to 10 days in jail, 3 years of probation

'We're all people,' says judge of tension between feds, southern Utahns

Published: Dec 18, 2015, 11:15 a.m. MST

💬 VIEW COMMENTS         ↗ SHARE

8/7/25, 6:21 AM
Judge sentences San Juan Commissioner Phil Lyman to 10 days in jail, 3 years of probation - Deseret News
Case 2:25-cv-00592-TS-CMR   Document 30-5   Filed 08/07/25   PageID.252   Page 3 of 11



VIEW 7 MORE

San Juan County Commissioner Phil Lyman leaves the federal courthouse on Friday, Dec. 18, 2015, in Salt Lake City. Lyman was sentenced to 10 days in jail and three years of probation for an illegal ATV protest ride in a southern Utah canyon. Laura Seitz, Deseret News



**By Dennis Romboy**

Dennis is a longtime reporter and editor at the Deseret News. He often writes about the intersection of sports and culture.

SALT LAKE CITY — A 10-day jail sentence for San Juan County Commissioner Phil Lyman for an illegal ATV protest ride in a restricted canyon turns another page but doesn't close the book on the ongoing tension between southern Utah residents and the federal land managers.

"It will make people on both sides of the issue angry," U.S. District Judge David Nuffer said Friday before sentencing Lyman and co-defendant Monte Wells, who received five days in jail.

The judge also ordered both men to serve 36 months of probation. He prohibited them from advocating or encouraging activities that would violate federal land use laws. He earlier required Lyman and Wells to share in paying $96,000 to repair damage the ride caused in Recapture Canyon near Blanding.

Nuffer reasoned that a long sentence would "inflame" people who want to change federal land use policy, while no jail time would do the same for those who favor land protection.

At the same time, he cautioned against buying into a growing "mythology" that the federal government was out to get Lyman. Calling the case a "tragedy," he cast blame for the

8/7/25, 6:21 AM  Judge sentences San Juan Commissioner Phil Lyman to 10 days in jail, 3 years of probation - Deseret News

Case 2:25-cv-00592-TS-CMR   Document 30-5   Filed 08/07/25   PageID.253   Page 4 of 11

prolonged polarization over land issues on both sides.

"We're all people," Nuffer said. "Can we reduce the bitterness and the battle and the conflict?"

The Bureau of Land Management closed Recapture Canyon to off-road vehicle use in 2007, citing damage to cultural artifacts in the area, but it let other authorized uses continue on some sections, such as use by the San Juan County Water Conservancy District. Many locals objected to the closure, asserting it was arbitrary and unnecessary, and thwarted a review process mandated by federal law.

Lyman conceded in court papers that he made a "mistake" in organizing and leading the May 2104 ride to express frustration over federal land management practices. But he didn't say that in court Friday.

"This was not an anti-government rally. I love the federal government," Lyman told the judge.

Lyman said he was responding to the needs of his San Juan County constituents, some of whom are still "devastated" by the 2009 federal raid in the southeastern Utah artifacts trafficking case. Federal agents' harsh treatment of people in that case left a mark on the community, he said.

"I feel like I'm a reasonable person. As an elected official, I hear the concerns. I put myself in the middle of that," he said.

A jury convicted Lyman and Wells, both 51, in May on misdemeanor charges of conspiring to operate off-road vehicles on public lands closed to off-road vehicles, and operation of off-road vehicles on public lands closed to off-road vehicles.

Nuffer allowed Lyman, a certified public accountant, to serve 10 days after tax season ends in April. Wells asked to do his time as soon as possible in 2016. Both would be housed in the Washington County Jail.

Lyman's lawyer, Peter Stirba, at one point said there's an "arrogant dynamic" in how the federal government deals with rural Utahns. He argued for probation, saying the ridicule and humiliation Lyman has endured is punishment enough.

"This is a misdemeanor, for crying out loud. This is a misdemeanor trespassing charge," he said. Lyman, he added, didn't damage anything or threaten anyone. "This was a peaceful ride."

Stirba declined to say afterward whether he would appeal the conviction. Nathan Crane, who represents Wells, said he would "likely" appeal. They have 14 days to decide.

Lyman declined to speak with reporters after the hearing.

In June, conservative Republican state legislators, county commissioners and even the governor rallied to Lyman's defense. Some charged that the jury didn't hear the truth

8/7/25, 6:21 AM  Judge sentences San Juan Commissioner Phil Lyman to 10 days in jail, 3 years of probation - Deseret News

Case 2:25-cv-00592-TS-CMR   Document 30-5   Filed 08/07/25   PageID.254   Page 5 of 11

during the trial.

They tried to get the state's Constitutional Defense Council to put up $100,000 for his appeal. That effort failed, but Lyman collected thousands of dollars in private donations, including a $10,000 check from Gov. Gary Herbert.

Herbert wrote what his office described as a "character reference" for Lyman to the court before he was sentenced. It was done as a personal letter and not on government letterhead, according to the governor's office.

Utah has sued the federal government over the status of 12,000 rural roads across the state, including in Recapture Canyon.

Federal prosecutor Jared Bennett asked the judge to sentence Lyman to a "limited but reasonable" prison term to promote respect for the law and to deter others from committing the crime. Lyman knew the ride was illegal and he used his political office to recruit others to participate, he said.

Lyman and Wells could have used other means to express their displeasure with the BLM, including calling upon elected representatives, grass-roots political movements, lawful protests, Bennett said. Instead, the men "chose crime."

Nuffer found that Lyman's position gave him an opportunity to be vocal, respected and followed, and he abused that trust, but he said enhanced penalties didn't apply because county voters entrusted him with the position, not the government which owns the land, the BLM which administers the land, or citizens who were damaged by his actions.

The judge also concluded that Wells didn't play a significant role in organizing the protest ride.

Nuffer asked all the parties whether they were worse or better off since the protest ride.

Bennett said the biggest problem is how people perceive the government and the justice system. People on the ground view the federal government as an "imperial government," he said.

U.S. Attorney for Utah John Huber said after the hearing that the government is satisfied with the sentence. His office initially sought up to a 10-month prison term and as much as a $30,000 fine for Lyman.

BLM officials "begged" Lyman not to go through with the ATV ride when they learned of his plans, Huber said.

"You can't poke law and order in the eye and expect reasonably that nothing would come of it," he said. "He made the choice."

Huber said the case wasn't about political beliefs or positions but about the rule of law. He said he hopes both federal land managers and Utahns with deeply held historical beliefs can "dial down the rhetoric."

8/7/25, 6:21 AM
Judge sentences San Juan Commissioner Phil Lyman to 10 days in jail, 3 years of probation - Deseret News
Case 2:25-cv-00592-TS-CMR    Document 30-5    Filed 08/07/25    PageID.255    Page 6 of 11

"This is a tragedy, in Judge Nuffer's words, that will probably live on through this generation, much as the other tragedies that were cited by Mr. Lyman in particular today that become these focal points for communities," Huber said.

"My hope echoes Judge Nuffer's that we can ground ourselves in common sense, facts and reality as we form opinions and then to civilly respect divergent opinions that others may have."

Email: romboy@deseretnews.com

Twitter: dennisromboy; DNewsPolitics


View Comments

## Utah Today

Get all the news that's happening in the Beehive State in one place, as well as major national and world news that you value.

Email Address →

By signing up, you agree to our Privacy Notice and European users agree to the data transfer policy.

## You Might Also Like



**Kate Middleton Sad News Regarding Prince George**
Sponsor: TipHero



**Barack Obama Admits to "Deep Deficit" in Marriage with Michelle**
Sponsor: TipHero



**Caitlin Clark Warned She'd Report Referee Michael Price to the…**
Sponsor: NBA

8/7/25, 6:21 AM  Judge sentences San Juan Commissioner Phil Lyman to 10 days in jail, 3 years of probation - Deseret News

Case 2:25-cv-00592-TS-CMR    Document 30-5    Filed 08/07/25    PageID.256    Page 7 of 11

**Spray Once—Hear the Difference Immediately**
Sponsor: MediLisk



**They Are The Spitting Image Of Their Famous Grandparents**
Sponsor: SpilledDaily



**Windows Users Didn't Know This Simple Trick To Block All Ads (Do It Now)**
Sponsor: Safe Tech Tips



**What Darla And The Little Rascals Looked Like After They Grew Up**
Sponsor: Definition



**What new Tulane QB Jake Retzlaff said about BYU**
Deseret News



**Foot bone found at Fish Lake belongs to fisherman missing since 1997, DNA confirms**
Deseret News

8/7/25, 6:21 AM
Judge sentences San Juan Commissioner Phil Lyman to 10 days in jail, 3 years of probation - Deseret News
Case 2:25-cv-00592-TS-CMR   Document 30-5   Filed 08/07/25   PageID.257   Page 8 of 11



### This Gel Fills Windshield Cracks in Minutes – No Tools Needed
Sponsor: Nexa

### Blurry Vision & Fading Eyesight? Do This (Once, Daily)
Sponsor: Wellness Wisdom Hub

## Looking for comments?

Find comments in their new home! Click the buttons at the top or within the article to view them — or use the button below for quick access.

VIEW COMMENTS



Report ad

# Most Popular



**A complete timeline of the Salt Lake Temple renovations**



**A 'perfect storm' drove beef prices to an all-time high. Here's what happened**



**Forget what you think you know about marriage and divorce in the U.S. Here's what's up**



**Her nomination to head the BLM ended abruptly. Do her insights on the West resonate?**

8/7/25, 6:21 AM
Judge sentences San Juan Commissioner Phil Lyman to 10 days in jail, 3 years of probation - Deseret News
Case 2:25-cv-00592-TS-CMR Document 30-5 Filed 08/07/25 PageID.259 Page 10 of 11



**Where are BYU and Utah ranked in the preseason coaches top-25 poll?**



**California fast-food restaurants — including In-N-Out — struggle under $20 minimum wage law**



**BYU's recipe for identifying a starting QB will be a slow-cook process**

 

**BYU sweeps U.S. steeplechase national championships as Kenneth Rooks and Lexy Lowry take home titles**

## Most Commented

**170** RFK withdraws $500 million in mRNA vaccine development contracts

**151** Opinion: Why it's bad to attack the nation's statisticians

8/7/25, 6:21 AM
Judge sentences San Juan Commissioner Phil Lyman to 10 days in jail, 3 years of probation - Deseret News

Case 2:25-cv-00592-TS-CMR   Document 30-5   Filed 08/07/25   PageID.260   Page 11 of 11

125 Icons and bibles in a cubicle: the administration's effort expand religious expression in the workplace

120 In Arkansas, judge blocks law requiring display of Ten Commandments in classrooms

48 American households and businesses lose when economic data becomes political



COMPANY

REACH OUT

GET MORE

CONNECT

Copyright © 2025 Deseret News Publishing Company. All Rights Reserved

Terms of Use  •  Privacy Notice  •  CA Notice of Collection  •  Cookie Policy  •  Cookie Settings